IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3045 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| VICTOR C. HARRIS, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1) The defendant's oral motion to continue trial is granted;

(2) Trial of this case before the undersigned United States district judge is continued to 9:00 a.m., Monday, October 24, 2005, as the number three criminal case, in Lincoln, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court.

(3) The time between today's date and the new trial date is excluded under the Speedy Trial Act and in the interest of justice. See 18 U.S.C. § 3161(h)(1)(I)& (h)(8)(A)(B).

August 11, 2005.                BY THE COURT:

                                s/ *Richard G. Kopf*
                                United States District Judge