IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04CR3045 |
| | ) | |
| v. | ) | |
| | ) | |
| VICTOR C. HARRIS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

THIS MATTER comes before the court on defendant's motion for a continuance of his trial currently scheduled to begin on October 24, 2005.  Filing 42.  The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the defendant's trial is set to commence at 9:00 a.m. on December 12, 2005 for a duration of five trial days before the Honorable Richard G. Kopf.  Jury selection will be at the commencement of trial.

This Court further finds that, based upon the showing set forth in defendant's motion, the ends of justice will be served by continuing the trial; and that the purposes served by continuing the trial date in this case outweigh the interest of the defendant and the public in a speedy trial.  Accordingly, the time between October 24, 2005 and December 12, 2005 shall be excluded for speedy trial calculation purposes.  18 U.S.C. § 3161(h)(8)(a).

DATED this 14th day of October, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge