IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3045 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| VICTOR C. HARRIS, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1) Jonathan M. Braaten's motion to withdraw as defense counsel (filing 45) is granted;

(2) Defendant Harris' trial is continued until further order of the court;

(3) Magistrate Judge Piester is requested to appoint new defense counsel for Defendant Harris and to reschedule this matter for trial;

(4) The time between today's date and the new trial date is excluded under the Speedy Trial Act and in the interest of justice. See 18 U.S.C. § 3161(h)(1)(I)& (h)(8)(A)(B).

December 7, 2005.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge