IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04CR3045 |
| | ) | |
| v. | ) | |
| | ) | |
| VICTOR C. HARRIS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

By order of United States District Judge Richard G. Kopf, Jonathan M. Braaten was granted leave to withdraw as defense counsel, and the undersigned was directed to appoint new counsel for the defendant and reschedule this case for trial. See filing 46. I find that the above-named defendant is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska.

**IT IS ORDERED:**

The Federal Public Defender shall forthwith provide the court with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

The newly appointed counsel shall promptly file an entry of appearance on behalf of the defendant.

DATED this 7th day of December, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge