```
                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
             Plaintiff,        )
                               )           4:04CR3045
        v.                     )
                               )
VICTOR C. HARRIS,              )
                               )              ORDER
             Defendant.        )
                               )
```

    New counsel has now entered her appearance as counsel for defendant.

    IT THEREFORE HEREBY IS ORDERED,

    1.  This case is placed back on the trial docket and trial is to commence at 9:00 a.m., February 13, 2006 for a duration of five trial days before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  Jury selection will be held at commencement of trial.

    2.  The court finds that the ends of justice will be served by extending the trial date, and a period of thirty days, that is, the time between December 16, 2005 and January 16, 2006 shall be excluded from the calculation of speedy trial time for the reason that it is more important for the defendant to be represented by an attorney who is fully informed and prepared for trial than it is for the defendant to have a speedy trial, and that failure to extend the trial date might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(8)(A) & (B).

    DATED this 16th day of December, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge