IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3045 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| VICTOR C. HARRIS, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)   The defendant's motion to continue the filing of a motion for downward departure and/or for deviation or variance and/or for objections to the presentence investigation report (filing 90) is granted.

(2)   The defendant has until June 30, 2006 to file a motion for downward departure and/or for deviation or variance and/or objections to the presentence investigation report.

(3)   The court's tentative findings are due on July 3, 2006.

(4)   The defendant's sentencing remains set on July 11, 2006 at 1:00 p.m.

June 20, 2006.                                         BY THE COURT:

                                                                s/ *Richard G. Kopf*
                                                                United States District Judge