IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3045 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| VICTOR C. HARRIS, | ) | |
| | ) | |
| Defendant. | ) | |

Today I conferred with counsel in a telephone conference. The Assistant Federal Public Defender requests additional time to submit information and briefing. The Assistant United States Attorney requests an opportunity to respond. Accordingly,

IT IS ORDERED that:

(1) The defendant shall have until the close of business on August 4, 2008, to submit additional information and briefing.

(2) The government shall have until the close of business on August 18, 2008, to submit additional information and briefing.

(3) My chambers shall call this matter to my attention on August 19, 2008.

July 28, 2008.                          BY THE COURT:

                                        s/ *Richard G. Kopf*
                                        United States District Judge