IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 4:04CR3045 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| VICTOR C. HARRIS, ) | |
| ) | |
| Defendant. ) | |

This matter comes before the court on the plaintiff's Motion for Extension of Time, filing 143.

The Court, being duly advised in the premises, finds that the Motion should be granted. The plaintiff is given until August 25, 2008, to respond to defendant's Index of Evidence.

August 18, 2008.                          BY THE COURT:

                                          s/ *Richard G. Kopf*
                                          United States District Judge