THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3045 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| VICTOR HARRIS, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant's counsel has filed a motion for extension of time to file a notice of appeal (filing 148). I shall deny the motion as moot because the defendant's notice of appeal (filing 149) was timely filed. *See* Fed. R. App. P. 4(b) & 26.

IT IS ORDERED:

1. Defendant's motion for extension of time to file a notice of appeal (filing 148) is denied as moot, as the defendant's notice of appeal (filing 149) was timely filed;

2. The Clerk of the United States District Court for the District of Nebraska shall process this appeal.

September 16, 2008.	BY THE COURT:
	s/ *Richard G. Kopf*
	United States District Judge