IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04CR3045 |
| | ) | |
| v. | ) | |
| | ) | |
| VICTOR C. HARRIS, | ) | **JUDGMENT** |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that judgment is entered in favor of the United States of America providing that Victor C. Harris shall take nothing and his Motion Under 28 U.S.C. § 2255 (filing 158) is denied with prejudice.

    DATED this 8th day of May, 2009.

                                              BY THE COURT:

                                              *s/Richard G. Kopf*
                                              United States District Judge